■ THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW WALLEN.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT LEE ORANGE.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BALDWIN, alias JOHN MAULDIN.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PETER CORSO.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of ARTHUR P. McNULTY against ROBERT C. WEAVER, as State Rent Administrator, et al.— Motion to dismiss appeal denied. The application to withdraw the appeal is granted and the said appeal be and the same is hereby marked " withdrawn ". Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of ARTHUR P. McNULTY against ROBERT C. WEAVER, as State Rent Administrator, et al.— Motion to dismiss appeal denied. The application to withdraw the appeal is granted and the said appeal be and the same is hereby marked " withdrawn ". Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ ROBERT SIMMONS, INC., v. SIMMONS KING, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of JEAN RUCK, as Administratrix of LEON M. RUCK, Deceased. REGENT BRAND CLOTHES, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ HAVAN CORPORATION et al., Plaintiffs, and L. EDGAR DETWILER, Intervenor-Appellant, v. JOHNSTON AVERY et al., Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

## (November 19, 1958)

■ In the Matter of LOCAL 824, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (IND.), Appellant, against WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of LOCAL 824, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (IND.), Appellant, against WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of JOHN BOWERS, Appellant, against WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.